STATE OF MAINE                                    SUPERIOR COURT
KENNEBEC, ss                                      CRIMINAL ACTION
                                                  DOCKET NO. CR-09-329
                                                  *NM - KEN - 12/30/2009*

STATE OF MAINE

v.                                                ORDER ON MOTION
                                                  TO SUPPRESS

DAREN SANCHEZ,

          Defendant


The defendant seeks to suppress evidence obtained as a result of the stop of the truck operated by the defendant on 2/27/09. The defendant argues that the officer lacked sufficient specific and articulable facts to justify the stop. For the following reasons, the motion is denied.

FINDINGS OF FACT

The findings of fact made on the record at the conclusion of the hearing are incorporated into this order by reference.

CONCLUSIONS OF LAW

In order to justify a brief investigatory stop, "a police officer must have an articulable suspicion that criminal conduct or a civil violation has occurred, is occurring, or is about to occur, and the officer's suspicion must be 'objectively reasonable in the totality of the circumstances.'" State v. Brown, 1997 ME 90, ¶ 5, 694 A.2d 453, 455 (quoting State v. Cusack, 649 A.2d 16, 18 (Me. 1994)). The officer's suspicion must be reasonable, not fail proof. State v. Taylor, 1997 ME 81, ¶ 9, 694 A.2d 909-10 n.5 (Me. 1997); State v. Hill, 606 A.2d 793, 94-95 (Me. 1992).

1

"A investigatory stop is valid when it is 'supported by specific and articulable facts which, taken as a whole and together with rational inferences from those facts, reasonably warrant the police intrusion.'" See Taylor, 1997 ME 81, ¶ 9, 694 A.2d at 909 (quoting Hill, 606 A.2d at 795). "The reasonable suspicion standard requires less than probable cause that a crime was being committed, but more than speculation or an unsubstantiated hunch." State v. Sampson, 669 A.2d 1326, 1328 (Me. 1996). "Suspicion of a civil violation provides adequate specific and articulable facts." Taylor, 1997 ME 81, ¶ 9, 694 A.2d at 909 (citing Hill, 606 A.2d at 795; 29-A M.R.S. §§ 103, 104, 1901, 1912).

Officer Gove observed the truck drifting to the right side of the road, then jerking back to the left, and almost stopping at a green light when there was no oncoming traffic. He also determined that the truck's leaky and loud aftermarket exhaust would not pass inspection. That determination was supported by the testimony of Harry Booth, the owner of the truck operated by the defendant. The officer's observations provided adequate specific and articulable facts to justify the stop.

The entry is

The Motion to Suppress is DENIED.

Date: December 30, 2009

Nancy Mills
Justice, Superior Court

2

STATE OF MAINE
  vs
DAREN W SANCHEZ
10 MOUNTAIN RD
WASHINGTON ME 04574

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2009-00329

**DOCKET RECORD**

DOB: 04/22/1982
Attorney: WALTER MCKEE
        LIPMAN & KATZ & MCKEE, PA
        227 WATER STREET
        PO BOX 1051
        AUGUSTA ME 04332-1051
        RETAINED 04/08/2009

State's Attorney: EVERT FOWLE

Filing Document: CRIMINAL COMPLAINT
Filing Date: 02/27/2009

Major Case Type: MISDEMEANOR (CLASS D,E)

## Charge(s)

1    OPERATING UNDER THE INFLUENCE-1 PRIOR      02/27/2009 GARDINER
Seq 9879  29-A  2411(1-A)(B)(1)     Class D
  GOVE               / GAR

## Docket Events:

05/07/2009 Charge(s): 1
        TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 05/07/2009 @ 18:00

        TRANSFERRED CASE: SENDING COURT CASEID AUGDCCR200900426
        FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 02/27/2009

        Charge(s): 1
        HEARING -  ARRAIGNMENT SCHEDULED FOR 04/15/2009 @ 10:00 in Room No.  1

        NOTICE TO PARTIES/COUNSEL
        Charge(s): 1
        HEARING -  ARRAIGNMENT WAIVED ON 04/15/2009

        BAIL BOND - $500.00 CASH BAIL BOND FILED ON 02/28/2009

        BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 05/05/2009

        Party(s):  DAREN W SANCHEZ
        ATTORNEY -  RETAINED ENTERED ON 04/08/2009

        Attorney:  WALTER MCKEE
        Charge(s): 1
        PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 04/15/2009

        TRIAL -  BENCH SCHEDULED FOR 05/19/2009 @ 8:30 in Room No.  1

        NOTICE TO PARTIES/COUNSEL
        TRIAL -  BENCH NOT HELD ON 04/29/2009

        TRIAL -  BENCH NOTICE SENT ON 04/16/2009

Printed on: 12/30/2009

Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 04/08/2009

HEARING - MOTION TO SUPPRESS SCHEDULED FOR 05/19/2009 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL
05/07/2009 HEARING - MOTION TO SUPPRESS NOT HELD ON 04/29/2009

HEARING - MOTION TO SUPPRESS NOTICE SENT ON 04/16/2009

Charge(s): 1
MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 04/08/2009

HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 05/19/2009 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL
HEARING - MOTION FOR DISCOVERY NOT HELD ON 04/29/2009

HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 05/19/2009 @ 8:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL
HEARING - MOTION FOR DISCOVERY NOT HELD ON 04/29/2009

HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 04/16/2009

Charge(s): 1
MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 04/29/2009

Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL GRANTED ON 05/05/2009

Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL REQUESTED ON 04/29/2009

Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 05/05/2004

AUGSC
05/11/2009 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 05/08/2009

RECEIVED FROM AUGUSTA DISTRICT COURT DOCKET NO:CR-09-426
05/11/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 07/08/2009 @ 8:30

NOTICE TO PARTIES/COUNSEL
05/11/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 07/08/2009 @ 8:30

NOTICE TO PARTIES/COUNSEL
05/11/2009 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 07/08/2009 @ 8:30

NOTICE TO PARTIES/COUNSEL
05/11/2009 BAIL BOND - $500.00 CASH BAIL BOND FILED ON 05/07/2009

Bail Receipt Type: CR
Bail Amt: $500
                      Receipt Type: CK
Date Bailed: 02/27/2009     Prvdr Name: DAREN W SANCHEZ
                      Rtrn Name: DAREN W SANCHEZ

05/14/2009 MOTION - MOTION TO AMEND COMPLAINT FILED BY STATE ON 05/13/2009

07/07/2009 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 07/07/2009

07/08/2009 HEARING - MOTION TO SUPPRESS NOT HELD ON 07/08/2009

07/08/2009 HEARING - MOTION FOR DISCOVERY NOT HELD ON 07/08/2009

07/08/2009 HEARING - MOTION TO SUPPRESS NOT HELD ON 07/08/2009

07/10/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/06/2009 @ 2:15

       NOTICE TO PARTIES/COUNSEL
10/07/2009 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 10/07/2009

       Attorney: WALTER MCKEE
10/09/2009 MOTION - MOTION TO CONTINUE GRANTED ON 10/07/2009
       DONALD H MARDEN , JUSTICE
       COPY TO PARTIES/COUNSEL
10/09/2009 MOTION - MOTION TO CONTINUE GRANTED ON 10/07/2008
       DONALD H MARDEN , JUSTICE
       COPY TO PARTIES/COUNSEL
10/09/2009 HEARING - MOTION TO SUPPRESS CONTINUED ON 10/07/2009
       DONALD H MARDEN , JUSTICE
10/09/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/09/2009 @ 1:30

       NOTICE TO PARTIES/COUNSEL
10/09/2009 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/09/2009

12/09/2009 HEARING - MOTION TO SUPPRESS CONTINUED ON 12/09/2009

12/09/2009 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/10/2009 @ 8:30

       NOTICE TO PARTIES/COUNSEL
12/09/2009 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 12/10/2009 @ 8:30

       NOTICE TO PARTIES/COUNSEL
12/11/2009 HEARING - MOTION TO SUPPRESS HELD ON 12/10/2009
       NANCY MILLS , JUSTICE
       Attorney: WALTER MCKEE
       Defendant Present in Court

       ER, TAPE#1264, INDEX#5431
12/11/2009 Charge(s): 1
       MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 12/10/2009
       NANCY MILLS , JUSTICE

                Printed on: 12/30/2009

12/11/2009 Charge(s): 1
       MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 12/10/2009
       NANCY MILLS , JUSTICE
12/30/2009 Charge(s): 1
       MOTION - MOTION TO SUPPRESS DENIED ON 12/30/2009
       NANCY MILLS , JUSTICE
       COPY TO PARTIES/COUNSEL
12/30/2009 HEARING - MOTION FOR DISCOVERY NOT HELD ON 12/10/2009
       NANCY MILLS , JUSTICE
12/30/2009 Charge(s): 1
       MOTION - MOTION FOR DISCOVERY WITHDRAWN ON 12/10/2009
       NANCY MILLS , JUSTICE
12/30/2009 Charge(s): 1
       MOTION - MOTION TO SUPPRESS DENIED ON 12/30/2009
       NANCY MILLS , JUSTICE
       COPY TO PARTIES/COUNSEL

A TRUE COPY
ATTEST: _____
                Clerk